

FILED
GREAT FALLS

2009 OCT 26 AM 11 00

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

|  |  |
|---|---|
| DIANE M. BRAMLETTE,  Plaintiff,  vs.  MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,  Defendant. | No. CV-09-10-GF-SEH-RKS  **ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on September 14, 2009. Plaintiff filed objections on September 21, 2009. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Docket No. 25.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk shall enter judgment accordingly.

DATED this 26th day of October, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 18.

[3] Docket No. 20.